**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

**Warren Easterling, r**

      *Plaintiff,*

v.                                                    **Case No. 3:16-cv-340
Judge Thomas M. Rose**

**Cassano's Inc.,** *et al.*,

      *Defendants.*

---

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS OF MAGISTRATE JUDGE MICHAEL J. NEWMAN (ECF 29), OVERRULING PLAINTIFF'S OBJECTIONS (ECF 32), AND DENYING PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT (ECF 26).**

---

This case is before the Court on Magistrate Judge Michael J. Newman's Report and Recommendations, (ECF 29), Plaintiff Warren Easterling's Objections to the Report and Recommendations, (ECF 32), and Plaintiff Warren Easterling's Motion for Relief from Judgment. (ECF 26). The Report and Recommendation would have the Court deny Plaintiff's motion.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case, taking into consideration all objections. Upon said review, the Court finds that the objections, (ECF 32), to Report and Recommendations, (ECF 29), are not well taken and they are hereby **OVERRULED**. Wherefore, the Court **ADOPTS IN FULL** the Magistrate Judge's Report and Recommendations. (ECF 29) Plaintiff Warren Easterling's Motion for Relief from Judgment, (ECF 26), is **DENIED**. The case remains

**CLOSED** on this Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, on Tuesday, October 3, 2017.

                                                                                      s/Thomas M. Rose
                                                     _____
                                                              THOMAS M. ROSE
                                         UNITED STATES DISTRICT JUDGE